# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

CHERYL KOBLESKI,

               Plaintiff,

v.

CENTRAL COLLECTION CORPORATION,

               Defendant.

Case No. 17-CV-260-JPS

**ORDER**

On February 24, 2017, Plaintiff filed this action alleging violations of the Fair Debt Collection Practices Act. (Docket #1). Defendant waived service of process on March 8, 2017, but has not yet responded to the complaint. *See* (Docket #5). On May 19, 2017, Plaintiff filed a notice of voluntary dismissal of this action with prejudice and without costs to either party. (Docket #6). Because Defendant has not yet appeared in this action or responded to the complaint, the Court will adopt Plaintiff's notice. *See* Fed. R. Civ. P. 41(a)(1)(A)(i).

Accordingly,

**IT IS ORDERED** that Plaintiff's notice of voluntary dismissal (Docket #6) be and the same is hereby **ADOPTED**; this action be and the same is hereby **DISMISSED with prejudice**, each party to bear its own costs.

Dated at Milwaukee, Wisconsin, this 22nd day of May, 2017.

BY THE COURT:

J. P. Stadtmueller
U.S. District Judge